**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Mario Aliano, et al.
                              Plaintiff,

v.                                             Case No.: 1:15−cv−00794
                                               Honorable Marvin E. Aspen

Louisville Distilling Company, LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 29, 2015:

    MINUTE entry before the Honorable Marvin E. Aspen: Defendant's unopposed motion for extension of time to answer [6] is granted to 3/5/15. Motion hearing date of 2/26/15 is stricken. Status hearing set for 4/2/15 at 10:30 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.